FRANK MIRAGLIA, Respondent, v H & L HOLDING CORP., Defendant and Third-Party Plaintiff. LANE & SONS CONSTRUCTION CORP., Third-Party Defendant-Appellant.

Submitted December 28, 2009; decided February 23, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that part of Supreme Court's order that denied third-party appellant Lane and Sons Construction Corp.'s motion to amend the judgment, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CORNELIUS J. O'CONNOR JR., Respondent, v SYRACUSE UNIVERSITY et al., Defendants, and BRIAN McNEIL, Appellant.

Submitted December 14, 2009; decided February 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

OXFORD HEALTH PLANS, INC., Respondent, v HOWARD L. SCHEINER, M.D., Appellant.

Submitted January 4, 2010; decided February 23, 2010

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.